UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

AGILITY HOLDINGS, LLC d/b/a VCPI,

                Plaintiff,

v.

ELDERWOOD ADMINISTRATIVE SERVICES, LLC,
POST ACUTE PARTNERS, LLC, and
POST ACUTE PARTNERS MANAGEMENT, LLC

                Defendants.

_____

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendants Elderwood Administrative Services, LLC, Post Acute Partners, LLC, and Post Acute Partners Management, LLC, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The parties represented are Elderwood Administrative Services, LLC, Post Acute Partners, LLC, and Post Acute Partners Management, LLC (collectively, "Defendants").

2. Elderwood Administrative Services, LLC is wholly owned by Post Acute Partners Management, LLC. No parent corporation or privately held corporation owns 10% or more of the stock of Post Acute Partners, LLC or Post Acute Partners Management, LLC.

3. The only law firms expected to appear on behalf of Defendants are Fox, O'Neill, & Shannon S.C., 622 North Water Street, Suite 500, Milwaukee,

Wisconsin 53202, and Hodgson Russ LLP, 140 Pearl Street, Buffalo, NY 14202. Lead counsel from Hodgson Russ LLP will be filing an application for admission to this Court.

Dated: Milwaukee, Wisconsin
August 18, 2020

FOX, O'NEILL, & SHANNON S.C.

*/s/ Electronically signed by Attorney Matthew W. O'Neill*
By: _____
Matthew W. O'Neill, Esq.
622 North Water Street
Suite 500
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3939
Email: *mwoneill@foslaw.com*